## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of The Reporters Committee for Freedom of the Press and The Washington Post for an Order Further Unsealing the Orders, Briefs, Transcripts, Docket, Record, and Party Names in In re Grand Jury Subpoena No. 7409.*

Miscellaneous Action No. _____

## DECLARATION OF LEE R. CRAIN IN SUPPORT OF APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND THE WASHINGTON POST FOR AN ORDER FURTHER UNSEALING THE ORDERS, BRIEFS, TRANSCRIPTS, DOCKET, RECORD, AND PARTY NAMES IN *IN RE GRAND JURY SUBPOENA NO. 7409*

I, LEE R. CRAIN, hereby declare under penalty of perjury the following:

1.      My name is Lee R. Crain, and I am a Partner of Gibson, Dunn & Crutcher LLP.  I represent the Reporters Committee for Freedom of the Press and WP Company, LLC, d/b/a The Washington Post in the above-captioned matter. By virtue of my direct involvement in this matter, I have personal knowledge of the content of this declaration, and I could and would competently testify to the truth of the matters stated herein.

2.      Attached as **Exhibit 1** is a true and accurate copy of a Washington Post story by Aaron C. Davis & Carol D. Leonnig, titled *$10M Cash Withdrawal Drove Secret Probe into Whether Trump Took Money from Egypt* (Aug. 2, 2024).

1

3.     Attached as **Exhibit 2** is a true and accurate copy of a Washington Post story by Carol D. Leonnig & Aaron C. Davis, titled *House Democrats Ask Trump If He Illegally Accepted $10 Million From Egypt* (Sept. 3, 2024).

4.     Attached as **Exhibit 3** is a true and accurate copy of a New York Times story by Michael S. Schmidt, Adam Goldman & Glenn Thrush, titled *Alongside the Trump-Russia Inquiry, a Lesser-Known Look at Egyptian Influence*, N.Y. Times (Aug. 2, 2024).

5.     Attached as **Exhibit 4** is a true and accurate copy of an ABC News story titled *What We Know – and Don't Know – About the Trump Team's Contacts with Russia Before the Election* (Feb. 15, 2017).

6.     Attached as **Exhibit 5** is a true and accurate copy of a CNN story by Katelyn Polantz, Evan Perez & Jeremy Herb, titled *Exclusive: Feds Chased Suspected Foreign Link to Trump's 2016 Campaign Cash for Three Years* (Oct. 14, 2020).

7.     Attached as **Exhibit 6** is a true and accurate copy of a Politico story by Darren Samuelsohn & Josh Gerstein, titled *Reporters Shooed Away as Mystery Mueller Subpoena Fight Rages On* (Dec. 14, 2018).

8.     Attached as **Exhibit 7** is a true and accurate copy of a Letter from Attorney General William P. Barr to Sen. Lindsey Graham, Rep. Jerrold Nadler, Sen. Dianne Feinstein, and Rep. Doug Collins, dated March 24, 2019.

9.     Attached as **Exhibit 8** is a true and accurate copy of a Washington Post story by Shane Harris, Ellen Nakashima & Craig Timberg, titled *Through Email Leaks and Propaganda, Russians Sought to Elect Trump, Mueller Finds* (Apr. 18, 2019).

10.     Attached as **Exhibit 9** is a true and accurate copy of Remarks by Attorney General William P. Barr on the Release of the Report on the Investigation into Russian Interference in the 2016 Presidential Election, dated April 18, 2019.

11.     Attached as **Exhibit 10** is a true and accurate copy of a Washington Post story by Devlin Barrett, titled *Mueller's Team Contemplated Whether Trump Had Lied to Them, Newly Disclosed Sections of Report Show* (June 19, 2020).

12.     Attached as **Exhibit 11** is a true and accurate copy of a Buzzfeed story by Jason Leopold & Ken Bensinger, titled *New: Mueller Investigated Julian Assange, WikiLeaks, and Roger Stone for DNC Hacks* (Nov. 2, 2020).

13.     Attached as **Exhibit 12** is a true and accurate copy of a New York Times story by Adam Goldman & Michael S. Schmidt, titled *F.B.I. Once Investigated Trump Campaign Adviser's Ties to Egypt* (June 20, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

September 12, 2024          Respectfully submitted,

                           _____
                           Lee R. Crain  (D.D.C. Bar No. NY0337)
                           GIBSON, DUNN & CRUTCHER LLP
                           200 Park Avenue
                           New York, NY 10166-0193
                           Phone: 212.351.2454
                           Facsimile: 212.351.4035
                           LCrain@gibsondunn.com


                           *Counsel for Applicants The Reporters Committee for*
                           *Freedom of the Press and The Washington Post*

4