| | |
|---|---|
| **From:** | Davis, Katherine Maddox |
| **To:** | Maisel, Gregg (USADC) |
| **Cc:** | Weidner, Chase; bbrown@rcfp.org; Katie Townsend; Boutrous Jr., Theodore J.; Crain, Lee R.; Murphy, Megan R.; McFadden, Megan (USADC) |
| **Subject:** | [EXTERNAL] RE: Application in 24-mc-115 (JEB) |
| **Date:** | Wednesday, October 23, 2024 12:47:55 PM |
| **Attachments:** | 11.pdf |
| | 11-1.pdf |

Counsel,

Thank you for your message.  We prepared a draft insert yesterday, then filed it late last night after we didn't hear from you.  Our filing is attached.

Best,

Katherine


**Katherine Maddox Davis**
Associate Attorney

T: +1 202.955.8587 | M: +1 202.527.2075
KDavis@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

**From:** Maisel, Gregg (USADC) <Gregg.Maisel@usdoj.gov>
**Sent:** Wednesday, October 23, 2024 12:21 PM
**To:** Davis, Katherine Maddox <KDavis@gibsondunn.com>
**Cc:** Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>; McFadden, Megan (USADC) <Megan.McFadden@usdoj.gov>
**Subject:** RE: Application in 24-mc-115 (JEB)

Counsel,
    Thanks for the call on Monday.  I think both sides were able to express what was important to them.  In an effort to accommodate your client's request for a status report from the government by October 30, we decided to go one better and file a status report now (a week ahead of your proposed date), along with a proposed briefing schedule.  Attached is a draft document for filing.  Please let us know if you concur, or if you have any objections or suggested edits.  Thanks.
- Gregg


**From:** Davis, Katherine Maddox <KDavis@gibsondunn.com>

**Sent:** Monday, October 21, 2024 12:52 PM
**To:** Maisel, Gregg (USADC) <GMaisel@usa.doj.gov>
**Cc:** Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>; McFadden, Megan (USADC) <MMcFadden@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Application in 24-mc-115 (JEB)

Thanks, Gregg! We're glad to circulate a Teams invite. Speak with you then.

Katherine

**Katherine Maddox Davis**
Associate Attorney

T: +1 202.955.8587 | M: +1 202.527.2075
KDavis@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306

> On Oct 21, 2024, at 12:33 PM, Maisel, Gregg (USADC) <Gregg.Maisel@usdoj.gov> wrote:
>
> Thanks, Katherine.  4:30 today works for us.
>   1. Gregg
>
> ---
>
> **From:** Davis, Katherine Maddox <KDavis@gibsondunn.com>
> **Sent:** Monday, October 21, 2024 11:55 AM
> **To:** Maisel, Gregg (USADC) <GMaisel@usa.doj.gov>; Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>
> **Cc:** McFadden, Megan (USADC) <MMcFadden@usa.doj.gov>
> **Subject:** [EXTERNAL] RE: Application in 24-mc-115 (JEB)
>
> Hi Gregg,
>
> Thanks again for your note.  Are you and Megan available to speak later today, or sometime tomorrow?
>
> Best,
>
> Katherine

**Katherine Maddox Davis**

Associate Attorney

T: +1 202.955.8587 | M: +1 202.527.2075
KDavis@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

**From:** Davis, Katherine Maddox
**Sent:** Monday, October 21, 2024 9:35 AM
**To:** 'Maisel, Gregg (USADC)' <Gregg.Maisel@usdoj.gov>; Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <Megan.McFadden@usdoj.gov>
**Subject:** RE: Application in 24-mc-115 (JEB)

Good morning Gregg,

Thank you for your message.  We'll circle back today.

Best,

Katherine

**Katherine Maddox Davis**

Associate Attorney

T: +1 202.955.8587 | M: +1 202.527.2075
KDavis@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

**From:** Maisel, Gregg (USADC) <Gregg.Maisel@usdoj.gov>
**Sent:** Friday, October 18, 2024 3:53 PM
**To:** Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>; Davis, Katherine Maddox <KDavis@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <Megan.McFadden@usdoj.gov>
**Subject:** RE: Application in 24-mc-115 (JEB)

Counsel,

    During our conversation on Wednesday, you said you thought you would be able to get back to us by the end of the week about my proposed way forward.  I'm just checking in to see whether you have any update to provide.  Thanks.

1. Gregg

---

**From:** Weidner, Chase <CWeidner@gibsondunn.com>
**Sent:** Wednesday, October 16, 2024 12:36 PM
**To:** Maisel, Gregg (USADC) <GMaisel@usa.doj.gov>; bbrown@rcfp.org; Katie Townsend <ktownsend@rcfp.org>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>; Davis, Katherine Maddox <KDavis@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <MMcFadden@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Application in 24-mc-115 (JEB)

Great.  Thank you, Counsel.

**Chase Weidner**
Associate Attorney

T: +1 212.351.5311 | M: +1 929.303.4989
CWeidner@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Maisel, Gregg (USADC) <Gregg.Maisel@usdoj.gov>
**Sent:** Wednesday, October 16, 2024 12:24 PM
**To:** Weidner, Chase <CWeidner@gibsondunn.com>; bbrown@rcfp.org; ktownsend@rcfp.com; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <Megan.McFadden@usdoj.gov>
**Subject:** RE: Application in 24-mc-115 (JEB)

Thank you, Counsel.  I'll send a Teams invite.

1. Gregg

---

**From:** Weidner, Chase <CWeidner@gibsondunn.com>
**Sent:** Wednesday, October 16, 2024 12:21 PM
**To:** Maisel, Gregg (USADC) <GMaisel@usa.doj.gov>; bbrown@rcfp.org; ktownsend@rcfp.com; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <MMcFadden@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Application in 24-mc-115 (JEB)

Counsel,

Thank you for your message.  We are glad to speak at 4:00 PM ET today.  I am adding our colleague, Katherine Maddox Davis, who will plan to join as well.

Best,
Chase

**Chase Weidner**
Associate Attorney

T: +1 212.351.5311 | M: +1 929.303.4989
CWeidner@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Maisel, Gregg (USADC) <Gregg.Maisel@usdoj.gov>
**Sent:** Wednesday, October 16, 2024 11:44 AM
**To:** bbrown@rcfp.org; ktownsend@rcfp.com; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Weidner, Chase <CWeidner@gibsondunn.com>; Murphy, Megan R. <MMurphy2@gibsondunn.com>
**Cc:** McFadden, Megan (USADC) <Megan.McFadden@usdoj.gov>
**Subject:** Application in 24-mc-115 (JEB)

Counsel,
	We just recently became aware of your Application in 24-mc-115.  Would you be available sometime this afternoon to discuss?  I'll suggest 4pm ET.  Please let us know if that time works and, if not, please suggest alternate times.  Thanks.

   1. Gregg

Gregg Maisel
Deputy Chief, Criminal Division
Chief, National Security Section
O: (202) 252-7812
C: (202) 809-0790
Gregg.Maisel@usdoj.gov

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the

firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE APPLICATION OF THE REPORTERS | : | |
| COMMITTEE FOR FREEDOM OF THE | : | 24-MC-115 (JEB) |
| PRESS AND THE WASHINGTON POST | : | |

**GOVERNMENT STATUS REPORT & JOINT PROPOSED BRIEFING SCHEDULE**

On September 13, 2024, the Reporters Committee for Freedom of the Press and the Washington Post (together, the "Petitioners") filed the above-captioned Application for an Order Further Unsealing the Orders, Briefs, Transcripts, Docket, Record, and Party Names in *In re Grand Jury Subpoena No. 7409* (hereinafter the "Application"). The Application seeks to unseal previously redacted material from thousands of pages of filings, orders, and transcripts.

According to their certificate of service, on September 19, 2024, Petitioners sent the Application via certified mail to the Attorney General of the United States and the Civil Process Docket Clerk for the United States Attorney's Office for the District of Columbia ("USAO-DC"). The undersigned attorneys do not know when the USAO-DC Civil Process Clerk received the filing, but it was initially mistakenly processed as a Freedom of Information Act claim until the Civil Division Chief became aware of it and notified the Criminal Division about the Application.

As a result, on October 16, 2024, the undersigned attorneys contacted counsel for Petitioners and proposed a deadline of November 18, 2024, for the Government to file any brief in response to the Application. On October 21, 2024, counsel for the Petitioners responded that they wanted the Government to file its response by October 30, 2024. When the Government informed counsel for Petitioners that it would not be possible to conduct the type of internal coordination necessary for the Government's response in that timeframe, counsel for the Petitioners requested the Government to file a status report by that date.

To accommodate the Petitioners' request, the Government is filing this Status Report with the Court. To date, the Government has begun the process of reviewing the approximately 1,200 pages of materials that have previously been produced in redacted form and of identifying and evaluating the additional sealed materials that are the subject of the Application. The Government has also begun reaching out to relevant stakeholders, both inside and outside the Department of Justice, who will need to be consulted for the Government to formulate its position on the various categories of materials that remain sealed and/or redacted. By November 4, 2024, the Government intends to meet and confer with counsel for Petitioners regarding any outstanding issues to determine whether there is a potential resolution of this Application. In the event that no resolution can be reached, the Government will be prepared to file any Response to the Petition by November 18, 2024.

Accordingly, the Petitioners and the Government propose the following schedule:

- November 4, 2024: Parties to meet and confer on or before this date to discuss and attempt to resolve outstanding issues.
- November 18, 2024: Government to file any necessary Response.
- December 2, 2024: Petitioners to file any necessary Reply.

A proposed scheduling Order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Gregg A. Maisel*_____
Gregg A. Maisel
D.C. Bar No. 447902

Assistant United States Attorney
Chief, National Security Section
Deputy Chief, Criminal Division
(202) 252-7812
Gregg.Maisel@usdoj.gov
Megan E. McFadden
M.A. Bar Number 687959
Assistant United States Attorney
202-252-7052
megan.mcfadden@usdoj.gov
601 D Street, N.W.
Washington, DC 20530

Dated: October 23, 2024