IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE APPLICATION OF THE REPORTERS | : | |
| COMMITTEE FOR FREEDOM OF THE | : | 24-MC-115 (JEB) |
| PRESS AND THE WASHINGTON POST | : | |

**GOVERNMENT'S STATUS REPORT**

On September 13, 2024, The Reporters Committee for Freedom of the Press and The Washington Post filed the above-captioned Application for an Order Authorizing Further Unsealing of the Orders, Briefs, Transcripts, Docket, Record, and Party Names in Grand Jury Subpoena No. 7409 (the "Application"). ECF No. 1. The Government opposed the Application, and on January 14, 2025, this Court issued an order denying the Application "except to the extent that current redactions cover material referencing only the existence or closure of the grand-jury investigation." ECF No. 21. The Court's Order instructed the Government to "submit a status report by January 21, [2025] indicating whether it intends to propose any further unsealing." *Id*.

The Government has reviewed the redacted documents and does not believe that any of the remaining redactions cover material referencing the existence or closure of the grand jury investigation. The Government does not intend to propose further unsealing at this time.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

*/s/ Gregg A. Maisel*
Gregg A. Maisel
D.C. Bar No. 447902
Assistant United States Attorney
Chief, National Security Section
Deputy Chief, Criminal Division
(202) 252-7812

                                                Gregg.Maisel@usdoj.gov  
                                                Megan E. McFadden  
                                                Mass. Bar Number 687959  
                                                Assistant United States Attorney  
                                                202-252-7052  
                                                megan.mcfadden@usdoj.gov  
                                                601 D Street, N.W.  
                                                Washington, DC 20530

Dated: January 21, 2025

## CERTIFICATE OF SERVICE

I certify that on the 21st day of January, 2025, service was made of the foregoing opposition via the automatic notice of filing sent by the CM/ECF software to all counsel of record in this matter, pursuant to LCvR 5.4(d)(2).

/s/ Megan E. McFadden
Megan E. McFadden
Assistant United States Attorney's Office